```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 20441
   ISAIAS DELGADO
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-6973


-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/05/08 .

   2.  The case was dismissed without confirmation, 11/07/2008.

-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
-----------------------------------------------------------------------
WACHOVIA MORTGAGE FSB    CURRENT MORTG           .00            .00            .00
WACHOVIA MORTGAGE FSB    MORTGAGE ARRE     NOT FILED            .00            .00
OLD REPUBLIC INSURANCE   SECURED                 .00            .00            .00
WESTFIELD LANDSCAPE      SECURED                 .00            .00            .00
WACHOVIA MORTGAGE FSB    CURRENT MORTG           .00            .00            .00
AMERICAN EXPRESS         UNSECURED         NOT FILED            .00            .00
ASPIRE VISA              UNSECURED         NOT FILED            .00            .00
FIA CARD SERVICES        UNSECURED         NOT FILED            .00            .00
CAPITAL ONE BANK         UNSECURED         NOT FILED            .00            .00
CAPITAL ONE BANK         UNSECURED         NOT FILED            .00            .00
CITIBANK                 UNSECURED         NOT FILED            .00            .00
CITIBANK                 UNSECURED         NOT FILED            .00            .00
CITIFINANCIAL            UNSECURED         NOT FILED            .00            .00
MIDLAND CREDIT MGMT      UNSECURED         NOT FILED            .00            .00
PLATINUM CAPITAL         UNSECURED         NOT FILED            .00            .00
SEARS BKRUPTCY RCVRY MGM UNSECURED         NOT FILED            .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED     OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00         .00         .00           .00
PRINCIPAL PAID         .00          .00         .00         .00           .00
INTEREST PAID          .00          .00         .00         .00           .00
TOTAL PAID             .00          .00         .00         .00           .00
The Debtor's attorney, ANDERSON & ASSOC              , was allowed $      .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/11/09                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 08 B 20441 ISAIAS DELGADO